**EXHIBIT A**

## PASKOWITZ LAW FIRM P. C.

### FIRM  RESUME

Paskowitz Law Firm P.C. (formerly Paskowitz & Associates), specializes in class actions brought on behalf of shareholders and consumers, and shareholder's derivative litigation.

Mr. Laurence Paskowitz, the firm's senior attorney, began his career at what was then Pomerantz Levy Haudek & Block (now Pomerantz Haudek Grossman & Gross LLP), a firm founded by the late Abraham Pomerantz, who was often referred to as "the father of the shareholder class action."  During his tenure there as an associate from 1983-89, Mr. Paskowitz played a principal role in a variety of cases involving tender offers, mergers, securities fraud, and antitrust law.

Mr. Paskowitz joined Wolf Popper Ross Wolf & Jones in 1989 (now Wolf Popper, LLP), became a partner in 1991, and then Chairman of the Corporate and Commercial Litigation Department in 1995.  Wolf Popper is one of the most prominent national firms specializing in shareholder and consumer rights, and complex corporate litigation. While there, Mr. Paskowitz served as lead counsel or co-lead counsel on more than two dozen shareholder actions, including class and derivative actions involving excessive compensation.  Mr. Paskowitz won settlements of $12 million derivatively on behalf of Brooke Group, Inc., a similar amount for Citizens Utilities Corp., and $9 million for Lin Broadcasting Corp.  Mr. Paskowitz also played a leading role in obtaining class action settlements in securities fraud actions against Tenneco Corp. ($50 million

settlement); McDonell Douglas Equipment Leasing Securities Litigation ($35 million recovery); Valley National Corp. ($10 million settlement); and Security Pacific Corp. ($9 million settlement).   From 1997-2000, Mr. Paskowitz was a sole practitioner, who continued to specialize in shareholder litigation.   During this period, he was among a team of lawyers who initiated the shareholder litigation over the collapse of USN Communications, an action which was resolved for $45 million.

In 2000, Mr. Paskowitz formed the firm of Abraham & Paskowitz.  During his tenure at that firm from 2000 through March, 2002, Mr. Paskowitz served as lead or co-lead counsel for cases that achieved substantial recoveries, including *In re Netcreations Shareholder Litigation* (improvement in buyout price of $12 million for class of investors) and *In re CSFBdirect Shareholders Litigation* (shareholders who objected to unfair tender offer price paid $36 million more for their shares pursuant to settlement). The firm also recovered $20 million in cash in a "short swing" insider profit case--what was then the largest cash recovery ever achieved in a case of that nature  *Steiner v. Williams*, 2001 U.S. Dist. LEXIS 7097 (S.D.N.Y. May 31, 2001)("Here the shareholders...received a $20,000,000 benefit as a sole result of the diligence and sagacity of Plaintiff's counsel.").

Mr. Paskowitz graduated with highest honors from the Hofstra University School of Law in 1983, where he served as an editor of the *Hofstra Law Review.*  He has published articles that have appeared in the *Hofstra Law Review* and *The New York Law Journal,* and has been a member of the New York State Bar Association Committee on Class Actions.  Mr. Paskowitz has been admitted to the U.S. District Courts for the Southern and Eastern Districts of New York, the District of Arizona, and the Federal

Courts of Appeals for the Second, Third, Fifth and Eighth Circuits.  He has practiced before federal and state courts throughout the country, and before the Judicial Panel on Multidistrict Litigation.

Paskowitz & Associates (hereinafter "Paskowitz Law Firm") was founded in April, 2002 and employs  as "of counsel" to the firm Mr. Roy L. Jacobs, an attorney who has concentrated in shareholder litigation for over 20 years, and who has been instrumental in guiding complex litigations which have achieved millions of dollars in recoveries.

Mr. Jacobs is a 1975 *cum laude* graduate of Brooklyn Law School.  From 1975-1987 he was an attorney in Texaco Inc.'s legal department at its corporate headquarters, wherein he successfully handled a wide array complex commercial and antitrust litigation from inception through trial, including an eight week antitrust jury trial in the United States District Court for the Southern District of California, which resulted in a complete victory for Texaco.

Thereafter, while at Wolf Popper LLP, a firm which concentrated in securities and shareholder litigation, Mr.  Jacobs worked on numerous complex class and derivative actions, and handled much of the Firm's non-class litigation, representing both plaintiffs and defendants from inception through trial.  While at Wolf Popper, Mr. Jacobs was one of the lead counsel in  *Maywalt v. Parker & Parsley Petroleum Company*, 864 F. Supp. 1422 (S.D.N.Y. 1994), *aff'd* 67 F.3d 1072 (2d Cir. 1995), which resulted in a recovery to the shareholder class in excess of $8 million.

In December 1996, he opened his own firm in New York City emphasizing business and commercial litigation, securities arbitrations, securities and consumer class

actions and general litigation. Since opening his own practice, Mr. Jacobs has recovered millions of dollars for clients, including the settlement of an action pending in the United States District Court for the Central District of California of almost $4 million from an insurance company which had failed to pay on a life insurance policy.  The settlement constituted approximately 2.5 times the face amount of the policy.  Mr. Jacobs has also obtained numerous favorable settlements in securities arbitrations and mediations before NASD Regulation, Inc. and the New York Stock Exchange representing customers against Broker-Dealers.  In court cases, Mr. Jacobs has obtained recoveries in a wide range of matters, including will contests, real property quiet title actions, EEOC actions, actions for false arrest and other intentional torts.   Additionally, Mr. Jacobs has successfully defended clients sued in both state and federal court in New York, securing dismissal of the claims against them, including actions under the securities laws, fraudulent conveyance claims and piercing the corporate veil.  Mr. Jacobs has handled a number of appeals in state and federal courts.

Mr. Jacobs has over 25 years experience in handling complex litigation and corporate matters. He is admitted to the courts of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeal for the Second, Seventh, Ninth, and D.C. Circuits.  He has practiced in federal courts nationwide.

Paskowitz Law Firm served as lead counsel or co-lead counsel in *Steven Madden Corp. Derivative Litigation* (achieving $8.6 million derivative settlement in action alleging unfair employment contract for CEO who was convicted of money laundering and securities fraud)*; Capital One Consumer Practices Litigation* (predatory lending

practices); and played a key role in achieving a $41 million settlement in *In re New Power Secs. Litig*, 02 CV 0550 (SDNY), where the firm represented Co-Lead Plaintiff Michael Bertan.

In addition, Paskowitz Law Firm was appointed Co-Lead Counsel by the Delaware Court of Chancery in *In re Cablevision/Rainbow Media Tracking Stock Litigation, Cons*. C.A. No. 19819, which resulted in an $8.25 million class settlement, which was approved in 2008. We also served as lead counsel in *Berger v. Scharf,* a class action pending in New York Supreme Court on behalf of shareholders who were harmed when the directors breached their fiduciary duties by voluntary de-listing the company's public shares. In that case, prior to a successful settlement, we prevailed on a motion to dismiss in a decision which made new law regarding shareholder rights. *Berger v. Scharf*, 2006 N.Y. Misc. LEXIS 674 (N.Y. Sup. Mar. 29, 2006). Very recently, in *Young v. Klaasen, et al.*, C.A. No. 2770 (Del. Ch. April 25, 2008), we were among the co-lead counsel to win a groundbreaking victory establishing the discovery rights of plaintiff in a shareholder's derivative suit.

We additionally have been appointed as co-lead counsel in *In re MBNA Corp. Derivative and Class Litigation*, a case pending in the United States District Court for the District of Delaware which was settled in October 2009 for $ 7 million in benefits. Additionally, we were appointed in January 2010 by the United States District Court for the District of Delaware to serve as co-lead counsel in a shareholder's derivative suit brought on behalf of Intel Corp. concerning approximately $2.7 billion paid by Intel in fines and settlements stemming from alleged antitrust law violations, which action has been settled and approved by the court.