EXHIBIT B

# BIOGRAPHY OF ROY JACOBS & ASSOCIATES

Roy Jacobs & Associates was founded in December 1996. The principal of the firm, Roy L. Jacobs, is a 1975 *cum laude* graduate of Brooklyn Law School. Commencing in 1976, he was an attorney in Texaco Inc.'s legal department at its corporate headquarters, wherein he handled complex commercial and antitrust litigation from inception through trial, including an eight week antitrust jury trial which resulted in a complete victory for Texaco. In addition, Mr. Jacobs was responsible for a wide range of commercial, environmental and health matters, including major roles in the sale of assets arising from the acquisition of Getty Oil Corporation, and a central role in Texaco's compliance with the Clean Water Act and the Solid Waste Disposal Act. Further, Mr. Jacobs provided lead guidance to Texaco Chemical Company concerning product liability matters involving the duty to warn.

Thereafter, while Wolf Popper LLP, a firm which concentrated in securities and shareholder litigation, he worked on numerous complex class and derivative actions, and handled much of the Firm's non-class litigation, representing both plaintiffs and defendants from inception through trial. While at Wolf Popper, Mr. Jacobs was one of the lead counsel in *Maywalt v. Parker & Parsley Petroleum Company*, 864 F. Supp. 1422 (S.D.N.Y. 1994) aff'd 67 F.3d 1072 (2d Cir. 1995), which resulted in a recovery to the shareholder class in excess of $8 million.

In December 1996, he opened his own firm in New York City emphasizing business and commercial litigation, securities arbitrations, securities and consumer class actions and general litigation. Since opening his own practice, Mr. Jacobs has recovered millions of dollars for his clients. For example, Mr. Jacobs secured a recovery in

settlement of almost $4 million in a case in the United States District Court for the Central District of California from an insurance company which had failed to pay on a life insurance policy. The recovery was approximately 2.5 times the face amount of the policy.  In a securities arbitration filed against a broker-dealer for churning and for the violation of various securities laws, Mr. Jacobs was instrumental in securing a six figure settlement which exceeded the out-of-pocket loss.  Mr. Jacobs has obtained other favorable settlements in securities arbitrations and mediations before NASD Regulation, Inc. and the New York Stock Exchange. In court cases, Mr. Jacobs has obtained recoveries in a wide range of matters, including will contests, real property quiet title actions, EEOC actions, actions for false arrest and other intentional torts.  Additionally, Mr. Jacobs has successfully defended clients sued in both state and federal court in New York, securing dismissal of the claims against them, including actions under the securities laws, fraudulent conveyance claims and piercing the corporate veil.  Mr. Jacobs has handled a number of appeals in state and federal courts.  Mr. Jacobs has had significant roles in the litigation and the settlement of a number of class actions, yielding millions of dollars to shareholders. In addition, he was recently involved in an objection to a class action settlement which led to material improvements to the settlement terms, which were approved by the court.

      Other reported cases in which Mr. Jacobs was involved include: *Vassallo v. Texaco, Inc.*, 73 A.D.2d 642, 422 N.Y.S.2d 747 (2d Dept. 1979); *Small Refiner Lead Phase-Down Task Force v. United States Environmental Protection Agency*, 705 F.2d 506 (D.C. Cir. 1983); *Harbus v. Gilmore* 193 A.D.2d 553, 597 N.Y.S.2d 704 (1st Dept. 1993), subsequent appeal 214 A.D.2d 440, 625 N.Y.S.2d 214 (1st Dept. 1995).

Mr. Jacobs has over 25 years experience in handling complex litigation, including extensive class action litigation experience, and corporate matters. He is admitted to the courts of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeal for the Second, Seventh, Ninth, and D.C. Circuits.

In January 2010, Angelica Kontoroff joined our firm as an associate. Ms. Kontoroff is admitted in New Jersey and New York. Ms. Kontoroff graduated *cum laude* from the Fordham School of Law in June 2009, where she was Writing and Research Editor of the *Fordham Intellectual Property, Media & Entertainment Law Journal*, and a winner of the Addison M. Metcalf Labor Law Prize and the Archibald R. Murray Public Service Award. Since joining the firm she has concentrated on class action and shareholder derivative litigation.