# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication



RECEIVED

BY: _____

| | |
|---|---|
| Name of Publication: | Investor's Business Daily |
| Address: | 12655 Beatrice Street |
| City, State, Zip: | Los Angeles, CA 90066 |
| Phone #: | 310.448.6700 |
| State of: | California |
| County of: | Los Angeles |

I, Robert de Langre for the publisher of **Investor's Business Daily**, published in the city of  Los Angeles , state of  California , county of  Los Angeles  hereby certify that the attached Notice for Jakks Pacific, Inc. Derivative Action was printed in said publication on the following date:

### AUGUST 27th, 2010

State of California
County of   Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of August, 2010 by _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)



RICHARD C. BRAND II
Commission # 1727106
Notary Public - California
Los Angeles County
My Comm. Expires Feb 25, 2011



# The National Business Marketplace

## Inform the Public of Important Business Decisions with Legal Notices

Advertise in
**The National Business Marketplace**
**1-800-423-5515**

### Notice
"If you require additional information on any of the above companies, please contact your local Chamber of Commerce or Better Business Bureau in your area."

### Expand opportunities nationwide in the
**National Business Marketplace**
**1-800-423-5515**
INVESTORS BUSINESS DAILY



### Place ad by phone or fax

PHONE **800-423-5515** • FAX **310-577-7346**

**Deadline:** 12:00pm (PST) • 2 weekdays before publication. • All sales are final.

**Copy**
Display Ads: Maximum three column inches per ad. Low ads: Minimum 4 printed lines.
Five insertion minimum. Rate discounts available with increased frequency.

**Limits of Liability**
All copy must be approved by the newspaper, which reserves the right to cancel any ad at any time.

Subscriber Services 800-831-2525

## LEGAL NOTICES

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE JAKKS PACIFIC, INC. — Case No. 04
DERIVATIVE ACTION — Civ. 9441 (RJS)

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF DERIVATIVE ACTION AND FINAL HEARING**

TO: ALL CURRENT STOCKHOLDERS OF JAKKS PACIFIC, INC. ("JAKKS" OR THE "COMPANY") AS OF JUNE 29, 2010:

YOU ARE HEREBY NOTIFIED that the parties have agreed to a proposed settlement of the above-captioned consolidated shareholder's derivative action (the "Consolidated Derivative Action") that will result in JAKKS receiving a payment of $4,000,000, which amount JAKKS shall apply to (1) settle a pending securities class action against the Company and certain of its current and former officers and directors, and (2) pay fees and expenses to Plaintiffs' Counsel in the Consolidated Derivative Action in the amount of up to $185,000, subject to approval of the Court.

YOU ARE FURTHER NOTIFIED that a hearing will be held on October 19, 2010, at 10:00 a.m., before the Honorable Richard J. Sullivan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 21C, New York, NY 10007-131, to determine whether the Court should approve the proposed settlement as fair, reasonable, and adequate, including the Fee and Expense Award, and whether the Consolidated Derivative Action should be dismissed on the merits and with prejudice. You may view the Notice of Pendency of Derivative Actions and Proposed Settlement and Proposed Fee and Expense Award and Settlement Final Hearing on the JAKKS website at http://www.jakks.com/investors/derivative

Inquiries may be made to:
Plaintiffs' Counsel

Laurence D. Paskowitz, Esq.
Paskowitz & Associates
60 East 42nd Street, 46th Floor
New York, NY 10165
(212)-685-0969
lpaskowitz@paaklaw.com

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION

Dated: June 29, 2010
By Order of the Court

